**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

In Re: Austin M. Reiter ) CASE No. 25-40561
Debtor )

### MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO SHOW CAUSE

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Motion to Extend Time to Comply with the Order to Show Cause (Doc. #7), states that:

1. May 2, 2025, is the current Order to Show Cause deadline for Debtor to file remainder schedules (the "Deadline").

2. Debtor requests to extend the Deadline by **twenty-one (21) days** thereby allowing Debtor's compliance **to be due on or before May 23, 2025.**

3. In support of this requests, Debtor states due to conflicting schedules, Debtor and Counsel have been unable to meet to review the remaining schedules.

**WHEREFORE**, Debtor respectfully moved the Court for an order allowing an extension of **twenty-one (21) days** to comply with the Order to Show Cause Deadline, thereby allowing Debtor's compliance **to be due on or before May 23, 2025,** and for such further relief this Court deems equitable and proper.

Dated: May 2, 2025          Respectfully submitted,
WM Law

/s/ Errin P. Stowell
Errin P. Stowell, MO #70499; KS #78742
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
stowell@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Friday, May 02, 2025.

/s/ Errin P. Stowell

1