**IN THE UNITED STATES BANKRUPTCY COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

In Re:    Austin M. Reiter                              )    CASE No. 25-40561
                                                Debtor   )

**SECOND MOTION TO EXTEND TIME TO COMPLY WITH ORDER TO SHOW CAUSE**

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Motion to Extend Time to Comply with the Order to Show Cause (Doc. #7), states that:

1.     May 23, 2025, is the current Order to Show Cause deadline for Debtor to file remainder schedules (the "Deadline").

2.     Debtor requests to extend the Deadline by **twenty-one (21) days** thereby allowing Debtor's compliance **to be due on or before June 13, 2025.**

3.     In support of this requests, Debtor states that due to the tornado season, Debtor has been unable to be in town to meet with Counsel and review the remaining schedules.

**WHEREFORE**, Debtor respectfully moved the Court for an order allowing an extension of **twenty-one (21) days** to comply with the Order to Show Cause Deadline, thereby allowing Debtor's compliance **to be due on or before June 13, 2025,** and for such further relief this Court deems equitable and proper.

Dated: May 23, 2025                         Respectfully submitted,
                                                          WM Law

                                                          /s/ Ryan A. Blay
                                                          Ryan A. Blay, MO#KS001066
                                                          15095 W. 116th St.
                                                          Olathe, KS 66062
                                                          Phone (913) 422-0909 / Fax (913) 428-8549
                                                          Blay@wagonergroup.com
                                                          ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of this pleading was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Friday, May 23, 2025.

                                                          /s/ Ryan A. Blay

1